01

02

03

04

05            UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
06                    AT SEATTLE

07 SARA ANN THOMPSON,                )
                                     )   CASE NO. C13-CV-05829-RBL-JLW
08        Plaintiff,                 )
                                     )
09        v.                         )   ORDER REMANDING FOR
                                     )   FURTHER PROCEEDINGS
10 CAROLYN W. COLVIN, Acting         )
   Commissioner of Social Security,  )
11                                   )
          Defendant.                 )
12 _____ )

13          The Court has reviewed the entire record, including the Administrative Record, the

14 memoranda of the parties, and the Report and Recommendation of United States Magistrate

15 Judge John L. Weinberg.   It is therefore ORDERED:

16          (1)     The Court adopts the Report and Recommendation;

17          (2)     The Court REMANDS FOR FURTHER PROCEEDINGS:

18           (A.) The ALJ should make specific findings as to Plaintiff's verbal abilities and skills,

19 corresponding to the verbal abilities and skills incorporated in the DOT requirements for these

20 three positions.   (B.) The ALJ should secure further testimony from this VE, or another, as to

21 whether a person with plaintiff's verbal abilities and skills could perform one or more of these

22 specific positions.   (C.) If it is the position of the VE that a person can perform one or more of

ORDER AFFIRMING COMMISSIONER
PAGE -1

these positions without the verbal abilities and skills required by the DOT, the VE should provide clear testimony to that effect.   (D.) In that event, the ALJ should make a finding whether he or she is relying upon that departure from the DOT requirements.

(3)      The Clerk shall direct copies of this Order to all counsel and to Judge Weinberg.

DATED this 1st day of August, 2014.


RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER AFFIRMING COMMISSIONER
PAGE -2